

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00040-CV

In the Interest of J.B., M.B., and E.B., Children

§ From the 431st District Court

§ of Denton County (2012-70604-431)

§

§ December 23, 2015

§

§ Opinion by Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial.

It is further ordered that appellee, L.M.B, shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
      Justice Bonnie Sudderth